UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-24075-CIV-SEITZ/O'SULLIVAN

CECILIA CUELLO, et al.,

    Plaintiff,

vs.

EL TABLAZO RESTAURANT, INC.,
et al.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the defendant's Notice of Settlement (DE# 20, 2/11/11). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Monday, February 28, 2011**, at **3:00 PM,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall promptly notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

DONE AND ORDERED in Chambers at Miami, Florida this **15th** day of February, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record